AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Southern District of Illinois

FILED JUL 14 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

UNITED STATES OF AMERICA
v.
Adam Holsey

Judgment in a Criminal Case
(For **Revocation** of Probation or Supervised Release)

Case No. 4:02CR40078-032-JPG

USM No. 42503-018

Michael S. Ghidina
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   as alleged below   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Statutory | The defendant tested positive for synthetic cannabis | 03/30/2011 |
| Standard # 9 | The defendant associated with a convicted felon without permission of the probation office. | 10/19/2010 |
| Special | The defendant failed to call On-Site Drug Testing Program | 05/06/2011 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 6854

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Marion, IL 62959

07/14/2011
Date of Imposition of Judgment

Signature of Judge

J. Phil Gilbert          District Judge
Name and Title of Judge

July 14, 2011
Date

AO 245D     (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: Adam Holsey
CASE NUMBER: 4:02CR40078-032-JPG

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Special | The defendant failed to reside in a Residential Reentry Cener as directed | 05/18/2011 |

DEFENDANT: Adam Holsey
CASE NUMBER: 4:02CR40078-032-JPG

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

22 months

☑ The court makes the following recommendations to the Bureau of Prisons:

That the defendant participate in the Intensive Drug Treatment Program.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
　☐ at _____ ☐ a.m. ☐ p.m. on _____ .
　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
　☐ before 2 p.m. on _____ .
　☐ as notified by the United States Marshal.
　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL